Richard G. McCracken SBN 2748
Andrew J. Kahn, SBN 3751
Paul L. More, SBN 9628
McCRACKEN STEMERMAN & HOLSBERRY
1630 S. Commerce St.
Las Vegas, NV 89101
Telephone:   (702) 386-5132
Fax:         (415) 597-7201
Email:       rmccracken@dcbsf.com
             ajk@dcbsf.com
             pmore@dcbsf.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS POLICE PROTECTIVE ASSOCIATION METRO INC.; LAS VEGAS POLICE PROTECTIVE ASSOCIATION CIVILIAN EMPLOYEES, INC.; LAS VEGAS METRO POLICE MANAGERS & SUPERVISORS ASSOCIATION,<br><br>          Plaintiffs,<br><br>     vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT;<br><br>          Defendant. | **CASE NO.** 2:15-cv-01928<br><br>**NOTICE OF CONSTITUTIONAL CHALLENGE TO STATE STATUTE**<br><br>[Fed. Rule Civ. Pro. 5.1] |

TO THE COURT AND NEVADA ATTORNEY GENERAL: PLEASE TAKE NOTICE that Plaintiffs' complaint in this action challenges the constitutionality under the First and Fourteenth Amendments of Section 1 of SB 241 (a ban on local governments providing paid leaves for union business).

Dated:   October  7 , 2015          McCRACKEN STEMERMAN & HOLSBERRY

                                    By:    /s/ *Andrew J. Kahn*
                                           Andrew J. Kahn
                                           *Attorneys for Plaintiffs*

1

## CERTIFICATE OF SERVICE VIA CERTIFIED MAIL

I hereby certify that on October 7, 2015, I mailed a copy of *Notice of Constitutional Challenge to State Statute* to the parties listed below:

Liesl Freedman, General Counsel
400 S. Martin Luther King Boulevard
Las Vegas, Nevada  89106

Adam Paul Laxalt, Attorney General
100 North Carson Street
Carson City, NV  89701

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.  Executed on this 7th day, of October, 2015.

/s/*Joy Medalle-Alferos*
Joy Medalle-Alferos