# CERTIFICATE OF SERVICE VIA OVERNIGHT MAIL

I hereby certify that on October 9, 2015, I mailed a copy of the following documents:

**MOTION FOR PRELIMINARY INJUNCTION AND MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

**DECLARATION OF ANDREW KAHN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

**DECLARATION OF MARK CHAPARIAN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

**DECLARATION OF MELISSA JOHANNING IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

**DECLARATION OF JOHN FAULIS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

to the parties listed below:

| | |
|---|---|
| Liesl Freedman, General Counsel<br>400 S. Martin Luther King Boulevard<br>Las Vegas, Nevada 89106 | Adam Paul Laxalt, Attorney General<br>100 North Carson Street<br>Carson City, NV 89701 |

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct. Executed on this 9th day of October, 2015.

/s/*Joy Medalle-Alferos*

Joy Medalle-Alferos