**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
  Attorneys for LVMPD

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS POLICE PROTECTIVE ASSOCIATION METRO INC.; LAS VEGAS POLICE MANAGERS & SUPERVISORS ASSOCIATION,<br><br>         Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>         Defendant. | Case No.:   2:15-CV-01928-LDG-CWH |

### STIPULATION AND ORDER TO EXTEND TIME TO RESPOND

The Las Vegas Metropolitan Police Department ("Department"), by and through its counsel of record, Nick D. Crosby, Esq. of the law firm of Marquis Aurbach Coffing, and Plaintiffs' Las Vegas Police Protective Association Metro Inc. ("PPA") and Las Vegas Police Managers & Supervisors Association ("PMSA") (collectively "Plaintiffs"), by and through their counsel of record Andrew Kahn, Esq. of the law firm of McCracken Stemerman & Holsberry, hereby stipulated and agree as follows:

WHEREAS Plaintiffs filed a Motion for Preliminary Injunction and Memorandum in Support of Motion for Preliminary Injunction on October 9, 2015 (Dkt. #6);

WHEREAS the time for the Department to respond is currently October 26, 2015;

WHEREAS the parties agree the Department shall have until **November 2, 2015** to file its Response to the Motion for Preliminary Junction.

WHEREAS Plaintiffs will have an additional week to file a Reply in addition to the ordinary deadline to file a Reply.

IT IS SO STIPULATED.

Dated this   20th   day of October, 2015            Dated this   20th   day of October, 2015

**ANDREW J. KAHN, ESQ.**                              **NICK D. CROSBY, ESQ.**

By: _s/ Andrew J. Khan_                               By: _s/ Nick D. Crosby_
   McCracken Stemerman & Holsberry                       Marquis Aurbach Coffing
   1630 S. Commerce St.                                  10001 Park Run Drive
   Las Vegas, Nevada 89101                               Las Vegas, Nevada 89145
   *Attorneys for Plaintiffs*                            *Attorneys for Defendant*

IT IS SO ORDERED THIS 29 DAY OF OCTOBER, 2015.

_____
UNITED STATES DISTRICT JUDGE