1

**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
  Attorneys for LVMPD

2

3

4

5

6

### UNITED STATES DISTRICT COURT

7

### DISTRICT OF NEVADA

8

9

10

11

12

13

14

15

LAS VEGAS POLICE PROTECTIVE
ASSOCIATION METRO, INC.; LAS VEGAS
METRO POLICE MANAGERS &
SUPERVISORS ASSOCIATION,

                        Plaintiff,

        vs.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT,

                        Defendant.

Case No.:        2:15-cv-01928-LDG-CWH

16

### ANSWER

17

18

19

        Defendant Las Vegas Metropolitan Police Department (hereinafter "LVMPD") by and
through its attorney of record, Nick D. Crosby, Esq. with the law firm of Marquis Aurbach
Coffing, hereby answers Plaintiff's Amended Complaint as follows:

20

21

        1.        In answering Paragraph 1 of Plaintiffs' Amended Complaint, LVMPD denies the
allegations contained therein.

22

23

        2.        In answering Paragraph 2 of the Plaintiffs' Amended Complaint, LVMPD denies
the allegations contained therein, as Plaintiffs lack standing to bring this claim.

24

25

        3.        In answering Paragraph 3 of Plaintiffs' Amended Complaint, LVMPD admits
venue is proper, if Plaintiffs had standing.

26

27

        4.        In answering Paragraph 4 of Plaintiffs' Amended Complaint, LVMPD admits the
allegations contained therein.

28

MAC:05166-893 2646501_1 10/30/2015 1:54 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1    5.    In answering Paragraph 5 of Plaintiffs' Amended Complaint, LVMPD admits

2    Plaintiffs are local government employee organizations who represent various employees of

3    LVMPD.   LVMPD Admits the parties' collective bargaining agreements contain provisions

4    regarding paid association leave, but deny the remaining allegations contained therein.

5    6.    In answering Paragraph 6 of Plaintiffs' Amended Complaint, LVMPD admits the

6    allegations contained therein.

7    7.    In answering Paragraph 7 of Plaintiffs' Amended Complaint, LVMPD admits the

8    in 2015 the Nevada Legislature passed SB 241 which contained the cited Section 1, but is

9    without sufficient information to form an opinion as to whether SB 241 was "in response to a

10   proposal from the anti-union American Legislative Exchange Council" and, therefore denies the

11   same.

12   8.    In answering Paragraph 8 of Plaintiffs' Amended Complaint, LVMPD admits the

13   allegations contained therein.

14   9.    In answering Paragraph 9 of Plaintiffs' Amended Complaint, LVMPD denies the

15   allegations contained therein.

16   10.    In answering Paragraph 10 of Plaintiffs' Amended Complaint, LVMPD repeats

17   and re-alleges each and every response thereto.

18   11.    In answering Paragraph 11 of Plaintiffs' Amended Complaint, LVMPD denies the

19   same as it asks for a legal conclusion.

20   12.    In answering Paragraph 12 of Plaintiffs' Amended Complaint, LVMPD denies the

21   same as it asks for a legal conclusion.

22   13.    In answering Paragraph 13 of Plaintiffs' Amended Complaint, LVMPD denies the

23   "important public purposes" identified in this paragraph are contingent upon "paid leave" as

24   alleged in the paragraph.   LVMPD is without sufficient information to form an opinion as to

25   whether the purposes identified constitute, as a matter of law, an "important public purpose" and,

26   therefore, deny the same.   LVMPD denies the remaining allegations contained therein.

27   14.    In answering Paragraph 14 of Plaintiffs' Amended Complaint, LVMPD denies the

28   allegations contained therein.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:05166-893 2646501_1 10/30/2015 1:54 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711  FAX: (702) 382-5816

15.　　In answering Paragraph 15 of Plaintiffs' Amended Complaint, LVMPD denies the allegations contained therein..

16.　　In answering Paragraph 16 of Plaintiffs' Amended Complaint, LVMPD denies the allegations contained therein..

17.　　In answering Paragraph 17 of Plaintiffs' Amended Complaint, LVMPD is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies the same.

18.　　In answering Paragraph 18 of Plaintiffs' Amended Complaint, LVMPD denies the allegations contained therein.

19.　　In answering Paragraph 19 of Plaintiffs' Amended Complaint, LVMPD repeats and re-alleges each and every response thereto.

20.　　In answering Paragraph 20 of Plaintiffs' Amended Complaint, LVMPD denies the allegations contained therein.

21.　　In answering Paragraph 21 of Plaintiffs' Amended Complaint, LVMPD denies the allegations contained therein.

22.　　In answering Paragraph 22 of Plaintiffs' Amended Complaint, LVMPD repeats and re-alleges each and every response thereto.

23.　　In answering Paragraph 23 of Plaintiffs' Amended Complaint, LVMPD denies the allegations contained therein.

24.　　In answering Paragraph 24 of Plaintiffs' Amended Complaint, LVMPD denies the allegations contained therein.

## AFFIRMATIVE DEFENSES

1.　　Plaintiffs lack standing.

2.　　Plaintiffs' claims, and each of them, are not ripe.

3.　　Not justiciable controversy exists.

4.　　Plaintiffs are not members of a protected class.

5.　　Plaintiffs' damages, if any, are the result of Plaintiffs' own action or inaction.

MAC:05166-893 2646501_1 10/30/2015 1:54 PM

6.      Plaintiffs' damages, if any, are the result of a third party(ies) over which Defendant has not control.

7.      Plaintiffs failed to state a claim upon which relief can be granted.

8.      The activities identified in the Amended Complaint are not entitled to constitutional protection.

9.      Plaintiffs failed to plead their claims with particularity and specificity.

10.      Defendant did not draft Senate Bill 241 and, therefore, cannot be liable for claims arising under the Equal Protection clause of the Fourteenth Amendment for the same.

11.      Plaintiffs failed to plead Defendant had an improper motive or intent relative to the Equal Protection cause of action.

12.      Defendant did not infringe, abridge, hinder or otherwise chill any rights recognized under the First Amendment.

13.      SB 241 is constitutional both facially and as applied.

14.      Plaintiffs failed to demonstrate a likelihood of success on the merits required to secure preliminary injunctive relief.

15.      Plaintiffs failed to demonstrate irreparable harm necessary to secure preliminary injunctive relief.

16.      Defendant did not enact or promulgate any policy, statute, ordinance or custom, policy of procedure which denied or abridged any of Plaintiffs' constitutional rights.

17.      Plaintiffs' claims of constitutional violations are unsupported in both fact and law, as Plaintiffs have not alleged a sufficient basis from which a constitutional interest might arise in conjunction with the alleged actions.

18.      Plaintiffs' claims are barred by the Tenth Amendment to the U.S. Constitution.

19.      Plaintiffs' claims are barred by the Eleventh Amendment to the U.S. Constitution.

20.      Pursuant to FRCP 11, as amended, all possible affirmative defenses may not have been alleged herein, in so far as sufficient facts were not available after a reasonable inquiry upon the filing of this Defendant's Answer to Plaintiff's Amended Complaint; therefore, this

MAC:05166-893 2646501_1 10/30/2015 1:54 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1   Defendant reserves the right to amend its answer to allege additional affirmative defenses if

2   subsequent investigations so warrant.

3   <div align="center">**PRAYER FOR RELIEF**</div>

4   WHEREFORE, Defendant prays for judgment against Plaintiff as follows:

5   1.    That Plaintiffs take nothing by way of the Amended Complaint and that the same

6   be dismissed with prejudice;

7   2.    For an award of reasonable attorney fees and costs of suit; and

8   3.    For any further relief as the Court deems to be just and proper.

9   Dated this 30th day of October, 2015.

10

11                    MARQUIS AURBACH COFFING

12

13          By    /s/ *Nick Crosby*

14                 Nick D. Crosby, Esq.
                    Nevada Bar No. 8996

15                 10001 Park Run Drive
                    Las Vegas, Nevada  89145

16                 Attorney(s) for LVMPD

17

18

19

20

21

22

23

24

25

26

27

28

<div align="center">Page 5 of 5</div>

MAC:05166-893 2646501_1 10/30/2015 1:54 PM

<div style="writing-mode: vertical">MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816</div>