Richard G. McCracken, SBN 2748
Andrew J. Kahn, SBN 3751
Paul L. Moore, SBN 9628
McCRACKEN, STEMERMAN & HOLSBERRY
1630 S. Commerce Street, Suite A-1
Las Vegas, NV  89101
Telephone:     (702) 386-5132
Fax:               (415) 597-7201
                    rmccracken@dcbsf.com
                    ajk@dcbsf.com
                    pmore@dcbsf.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS POLICE PROTECTIVE ASSOCIATION METRO INC.; LAS VEGAS METRO POLICE MANAGERS & SUPERVISORS ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>Defendant. | CASE NO.  2:15-CV-01928-LDG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND** |

Plaintiffs Las Vegas Police Protective Association METRO Inc. and Las Vegas Metro Police Managers & Supervisors Association, by and through their counsel of record Andrew J. Kahn of the law firm of McCracken, Stemerman & Holsberry and Defendant Las Vegas Metropolitan Police Department ("Department"), by and through its counsel of record, Nick D. Crosby of the law firm of Marquis Aurbach Coffing hereby stipulate as follows:

1

1. The deadline for Plaintiffs' opposition to Defendant's Motion to Dismiss presently due on November 16, 2015 will be extended to November 20, 2015.

2. The deadline for Plaintiffs' reply to Defendant's opposition to Plaintiffs' Motion for Preliminary Injunction presently due on November 16, 2015 will be extended to November 20, 2015.

A stipulated one-week extension from November 9 to November 16, 2015 for the reply was previously granted. No other extensions have been requested or granted.

IT IS SO STIPULATED:

McCRACKEN, STEMERMAN & HOLSBERRY     MARQUIS AURBACH COFFING

By: /s/ *Andrew J. Kahn*                              By: /s/ *Nick D. Crosby*
      Andrew J. Kahn                                        Nick D. Crosby
*Attorneys for Plaintiffs*                               *Attorneys for Defendant*

IT IS SO ORDERED THIS 10 DAY OF NOVEMBER, 2015.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

2