**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No.8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
  Attorneys for LVMPD

# UNITED STATES DISTRICTCOURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS POLICE PROTECTIVE ASSOCIATION METRO INC.; LAS VEGAS POLICE MANAGERS & SUPERVISORS ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>Defendant. | Case No.:   2:15-CV-01928-LDG-CWH |

## STIPULATION AND ORDER TO EXTEND TIME TO RESPOND

The Las Vegas Metropolitan Police Department ("Department"), by and through its counsel of record, Nick D. Crosby, Esq. of the law firm of Marquis Aurbach Coffing, and Plaintiffs' Las Vegas Police Protective Association Metro Inc. ("PPA") and Las Vegas Police Managers & Supervisors Association ("PMSA") (collectively "Plaintiffs"), by and through their counsel of record Andrew Kahn, Esq. of the law firm of McCracken Stemerman & Holsberry, hereby stipulated and agree as follows:

WHEREAS the Department filed a Motion to Dismiss on October 30, 2015 (Dkt. #10);

WHEREAS Plaintiff filed its Opposition to Defendant's Motion to Dismiss on November 19, 2015 (Dkt. #17);

WHEREAS the time for the Department to file its reply is currently November 29, 2015;

MAC:05166-893 2665335_1 11/30/2015 8:00 AM

1  WHEREAS the parties agree the Department shall have until **December 7, 2015** to file

2  its reply in support of its Motion to Dismiss.

3  IT IS SO STIPULATED.

4  Dated this 30th day of November, 2015            Dated this 30th day of November, 2015

5  **ANDREW J. KAHN, ESQ.**                         **NICK D. CROSBY, ESQ.**

6

7  By: s/ Andrew J. Kahn                             By: s/ Nick D. Crosby
       McCracken Stemerman & Holsberry                    Marquis Aurbach Coffing
       1630 S. Commerce St.                               10001 Park Run Drive
8      Las Vegas, Nevada 89101                            Las Vegas, Nevada 89145
       *Attorneys for Plaintiffs*                         *Attorneys for Defendant*

9

10

11  **IT IS SO ORDERED THIS 1 DAY OF** DECEMBER 2015.

12

13

14  _____
        Lloyd D. George
15      Sr. U.S. District Judge

16

[Left margin: MARQUIS AURBACH COFFING, 10001 Park Run Drive, Las Vegas, Nevada 89145, (702) 382-0711 FAX: (702) 382-5816]

MAC:05166-893 2665335_1 11/30/2015 8:00 AM