**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No.8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
   Attorneys for LVMPD

## UNITED STATES DISTRICTCOURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS POLICE PROTECTIVE ASSOCIATION METRO INC.; LAS VEGAS POLICE MANAGERS & SUPERVISORS ASSOCIATION,<br><br>               Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>               Defendant. | Case No.:    2:15-CV-01928-LDG-CWH |

### STIPULATION AND ORDER TO EXTEND TIME TO RESPOND

     The Las Vegas Metropolitan Police Department ("Department"), filing this Stipulation on this 13th day of May, 2016, by and through its counsel of record, Nick D. Crosby, Esq. of the law firm of Marquis Aurbach Coffing, and Plaintiffs' Las Vegas Police Protective Association Metro Inc. ("PPA") and Las Vegas Police Managers & Supervisors Association ("PMSA") (collectively "Plaintiffs"), by and through their counsel of record Yuval Miller, Esq. of the law firm of McCracken Stemerman & Holsberry, hereby stipulated and agree as follows:

     WHEREAS the Plaintiffs filed a Motion for Summary Judgment on April 24, 2016 (Dkt. #24);

     WHEREAS the Department's Response to Defendant's Motion for Summary Judgment is due on May 14, 2016;

MAC:05166-8932796625_15/23/2016 8:52 AM

WHEREAS the parties agree the Department shall have until **May 27, 2016** to file its Response to Motion for Summary Judgment.

IT IS SO STIPULATED.

Dated this 13th day of May, 2016

**YUVAL MILLER, ESQ.**

By: s/ Yuval Miller
McCracken Stemerman & Holsberry
Richard McCracken, Esq.
Paul More, Esq.
1630 S. Commerce St.
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

Dated this 13th day of May, 2016

**NICK D. CROSBY, ESQ.**

By: s/ Nick D. Crosby
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendant*

**IT IS SO ORDERED THIS 26 DAY OF MAY 2016.**

_____
UNITED STATES DISTRICT JUDGE