## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS POLICE PROTECTIVE ASSOCIATION; LAS VEGAS METRO POLICE MANAGERS & SUPERVISORS ASSOCIATION;<br><br>          Plaintiffs,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT;<br><br>          Defendant. | 2:15-cv-1928-LDG-CWH<br><br>ORDER |

Plaintiffs have filed a motion for preliminary injunction (#6, opposition #12, reply #16), and defendant has filed a motion to dismiss (#10, response #17, reply #32). The arguments made in both the motion for preliminary injunction and the motion to dismiss–notably, whether the lawsuit was ripe and whether plaintiffs faced irreparable injury, have been taken up in the more recently filed motion for summary judgment (#24). Accordingly, the court finds it expedient to consider the motion for preliminary injunction and the motion to dismiss at the time it addresses the motion for summary judgment.

THE COURT HEREBY ORDERS that plaintiffs' motion for preliminary injunction (#6) and defendant's motion to dismiss (#10) are DENIED without prejudice.

DATED this 30 day of September, 2016.

_____
Lloyd D. George
United States District Judge