Marquis Aurbach Coffing
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
  *Attorneys for LVMPD*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS POLICE PROTECTIVE ASSOCIATION METRO INC.; LAS VEGAS POLICE MANAGERS & SUPERVISORS ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>Defendant. | Case No.: 2:15-CV-01928-LDG-CWH |

### STIPULATION AND ORDER TO PERMIT LVMPD TO EXTEND DISPOSITIVE MOTION DEADLINE

The Las Vegas Metropolitan Police Department ("Department"), by and through its counsel of record, Nick D. Crosby, Esq., of the law firm of Marquis Aurbach Coffing, and Plaintiffs' Las Vegas Police Protective Association Metro Inc. ("PPA") and Las Vegas Police Managers & Supervisors Association ("PMSA") (collectively "Plaintiffs"), by and through their counsel of record Richard G. McCracken, Esq. of the law firm of McCracken Stemerman & Holsberry, hereby stipulate and agree as follows:

WHEREAS the Parties filed a Discovery Plan and Scheduling Order on February 26, 2016 (ECF Dkt. #22);

WHEREAS the Court filed an Order denying Plaintiffs' Motion for Preliminary Injunction (ECF Dkt. #6) and Defendant's Motion to Dismiss (ECF Dkt. #10) on September 30, 2016 (ECF Dkt. #29);

MAC:05166-893 3353708_1 3/21/2018 9:29 AM

| | |
|---|---|
| 1 | WHEREAS the Court filed an Order denying Plaintiffs' Motion for Summary Judgment |
| 2 | (ECF Dkt. #24) on March 31, 2017 (ECF Dkt. #30); |
| 3 | WHEREAS the Court filed its Notice Regarding Intent to Dismiss for Want of |
| 4 | Prosecution on January 24, 2018 (ECF Dkt. #31); |
| 5 | WHEREAS Plaintiffs filed a Response to Order to Show Cause on February 21, 2018 |
| 6 | (ECF Dkt. #33); |
| 7 | WHEREAS Plaintiffs filed their Proposed Pretrial Order on February 21, 2018 (ECF Dkt. |
| 8 | #34); |
| 9 | WHEREAS a Status Conference was held on March 13, 2018 regarding the filing of a |
| 10 | joint pretrial order (ECF Dkt. #36); |
| 11 | WHEREAS the Parties met and conferred on March 16, 2018 pursuant to the Minute |
| 12 | Order of the Court (ECF Dkt. #37); |
| 13 | /// |
| 14 | /// |
| 15 | /// |
| 16 | /// |
| 17 | /// |
| 18 | /// |
| 19 | /// |
| 20 | /// |
| 21 | /// |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

MAC:05166-893 3353708_1 3/21/2018 9:29 AM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

WHEREAS the Parties agreed to continue the Dispositive Motion deadline to allow Defendant to file a dispositive motion and Defendant shall have up to and including May 4, 2018 to file a dispositive motion; and

WHEREAS the Parties agree that the briefing schedule related to Defendant's dispositive motion will be in accordance with Local Rule 7-2(b).

IT IS SO STIPULATED.

Dated this 21st day of March, 2018.

**McCRACKEN, STEMERMAN & HOLSBERRY**

By: /s/ *Kimberley C. Weber*
Richard G. McCracken, Esq.
Nevada Bar No. 9628
Kimberley C. Weber, Esq.
Nevada Bar No. 14434
1630 So. Commerce Street, Suite A-1
Las Vegas, Nevada 89102
*Attorneys for Plaintiffs*

Dated this 21 day of March, 2018.

**MARQUIS AURBACH COFFING**

By: /s/ *Nick D. Crosby*
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for LVMPD*

IT IS SO ORDERED this ___ March 22, 2018

_____
UNITED STATES MAGISTRATE JUDGE