# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS POLICE PROTECTIVE ASSOCIATION METRO INC., *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>  Defendant. | Case No. 2:15-cv-01928-LDG (CWH)<br><br>**ORDER** |

In 2015, the Nevada Legislature adopted, and the Governor approved, SB 241. Pursuant to SB 241, Chapter 288 of the Nevada Revised Statutes was amended to add the following new section:

> A local government employer may agree to provide leave to any of its employees for time spent by the employee in performing duties or providing services for an employee organization if the full cost of such leave is paid or reimbursed by the employee organization or is offset by the value of concessions made by the employee organization in the negotiation of an agreement with the local government employer pursuant to this chapter.

NRS 288.225.

The plaintiffs, the Las Vegas Police Protective Association Metro Inc. and the Las Vegas Metro Police Managers & Supervisors Association (the Associations), are employee

organizations representing various employees of the defendant, the Las Vegas Metropolitan Police Department (Metro). They allege that SB 241 is unconstitutional, both on its face and as applied to the Associations, as viewpoint discrimination and because it violates their rights and the rights of their members to associate under the First and Fourteenth Amendments of the United States Constitution. They further allege SB 241 violates their rights to equal protection under the Fourteenth Amendment.

The Court previously denied (ECF No. 30) the Associations' motion for summary judgment on their claims (ECF No. 24). Metro now moves for summary judgment (ECF No. 40), which motion the Associations oppose (ECF Nos. 41, 42). Having reviewed the pleadings and the arguments of the parties, and for the reasons previously stated in denying the Associations' motion, the Court will grant summary judgment in favor of Metro.

Accordingly, for good cause shown,

THE COURT **ORDERS** that the Motion for Summary Judgment (ECF No. 40) of defendant Las Vegas Metropolitan Police Department is GRANTED.

DATED this ___7___ day of March, 2019.

_____
Lloyd D. George
United States District Judge

2