# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS POLICE PROTECTIVE ASSOCIATION METRO INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>Defendant. | Case No. 2:15-cv-01928-LDG (CWH)<br><br>**SUMMARY JUDGMENT** |

This matter came before the Court on the defendant Las Vegas Metropolitan Police Department's Motion for Summary Judgment, which motion the Court granted. Therefore,

THE COURT **ORDERS AND ADJUDGES** that the plaintiffs recover nothing, that the action be dismissed on the merits, and that the defendant Las Vegas Metropolitan Police Department recover its costs from the plaintiffs.

DATED this _7_ day of March, 2019.

_____
Lloyd D. George
United States District Judge