# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **District of Nevada**

U.S. District Court case number: **2:15-cv-1928-LDG-CWH**

Date case was first filed in U.S. District Court: **10/07/2015**

Date of judgment or order you are appealing: **03/07/2019**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes  ◯ No  ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

LAS VEGAS POLICE PROTECTIVE ASSOCIATION METRO INC.; LAS VEGAS METRO POLICE MANAGERS & SUPERVISORS ASSOCIATION

Is this a cross-appeal? ◯ Yes  ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case? ◯ Yes  ⦿ No

If Yes, what is the prior appeal case number?

Your mailing address:

McCracken, Stemerman & Holsberry, LLP

595 Market Street, Suite 800

City: San Francisco   State: CA   Zip Code: 94105

Prisoner Inmate or A Number (if applicable):

Signature: [signature]   Date: 3/25/2019

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                          Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

*REPRESENTATION STATEMENT*

**APPELLANT(S):**

Las Vegas Police Protective Association Metro Inc.

**NAME(S) OF COUNSEL:**

David Roger
General Counsel - Las Vegas Police Protective Association
9330 W. Lake Mead Blvd., Suite 200
Las Vegas, NV 89134
P: 702-384-8692 ext. 204
Email: DRoger@lvppa.com

Richard G. McCracken
Kimberley C. Weber
McCRACKEN, STEMERMAN & HOLSBERRY, LLP
595 Market Street, Suite 800
San Francisco, CA 94105
P: 415-597-7200
Email: rmccracken@msh.law
          kweber@msh.law


**APPELLANT(S):**

Las Vegas Metro Police Managers & Supervisors Association

**NAME(S) OF COUNSEL:**

Jay Roberts
General Counsel – Las Vegas Metro Police Managers & Supervisors Association
801 S. Rancho Drive, Suite A-1
Las Vegas, NV  89106
T: 702-384-2924 ext. 23
Email: jayr@lvpmsa.org

Richard G. McCracken
Kimberley C. Weber
McCRACKEN, STEMERMAN & HOLSBERRY, LLP
595 Market Street, Suite 800
San Francisco, CA 94105
P:  415-597-7200
Email:  rmccracken@msh.law
            kweber@msh.law


**APPELLEE(S):**

Las Vegas Metropolitan Police Department

**NAME(S) OF COUNSEL:**

Nick D. Crosby
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, NV  89145
T:  702-382-0711
Email:  ncrosby@maclaw.com

## **CERTIFICATE OF SERVICE**

The certify that on March 25, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal and a Notice of Electronic Filing was electronically transmitted from the court to the e-mail address on file.

/s/ *Yien San Juan*